1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112                    *E-FILED 3/9/07*
3  Phone: (408) 277-0648
   Fax:    (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  IGNACIO GARCIA AND MIKE O'DONNELL,)    CASE NO.: C06-07423 RS
    AS TRUSTEES OF THE VALLEY MORTAR )
11  TRADES HOLDING TRUST FUND FOR     )
    PLASTERERS LOCAL 300;             )    CASE MANAGEMENT
12                                    )    CONFERENCE STATEMENT
                      Plaintiffs,     )    AND ~~PROPOSED~~ ORDER
13                                    )
    vs.                               )    Date:   March 14, 2007
14                                    )    Time:   2:30 P.M.
    S L K CONSTRUCTION COMPANY,       )    Place:  Courtroom 4, 5th Floor
15  a Partnership; J C JACKSON, individually and )
    as a Partner of S L K CONSTRUCTION )
16   COMPANY, a Partnership; SHIRLEY MAE )   JUDGE: Honorable Richard Seeborg
    JACKSON, individually and as a Partner of )
17  S L K CONSTRUCTION COMPANY,       )      MODIFIED BY THE COURT
    a Partnership; LARRY JAY JACKSON, )
18  individually and as a Partner of  )
    S L K CONSTRUCTION COMPANY,       )
19  a Partnership; KIRK ALAN JACKSON, )
    individually and as a Partner of  )
20  S L K CONSTRUCTION COMPANY,       )
    a Partnership;                    )
21                                    )
                      Defendants.     )
22  _____ )

23       Plaintiff in the above-entitled action submits this Case Management Statement and

24  proposed order, and requests that the court adopt it as the Case Management Order in this case.

25  The defendants in this matter have been served. On February 28, 2007, Plaintiffs submitted a

26  Request for Entry of Default on all defendants. Plaintiffs are now in settlement discussions with

27  Defendants.

28  / / /

                                      1

DESCRIPTION OF THE CASE

1
2          This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust
3  Funds.
4          Plaintiffs would like to continue the case for sixty (60) days to continue settlement
5  discussions.  If the matter is not resolved, Plaintiffs will file a request for default judgment.
6  Therefore, Plaintiffs request that the case be continued until April 18, 2007, for another Case
7  Management Conference.
8
9                                            Respectfully submitted,
10
11 Dated: March 7, 2007
12                                            SUE CAMPBELL
                                             Attorney for Plaintiff
13
14                                  **ORDER**          May 2, 2007
15          The Case Management Conference is hereby continued to ~~April 18, 2007~~ at 2:30 p.m.,
16 in Courtroom 4, 5th Floor.  Plaintiff will file an update and proposed action ten (10) days prior
17 to the Case Management Conference.
18
19 Dated: _____ March 9, 2007 _____
20                                            JUDGE OF THE U.S. DISTRICT COURT
21
22
23
24
25
26
27
28

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER